'08 CIV 5327 /4/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
KOLMAR GROUP AG f/k/a KOLMAR
PETROCHEMICALS AG,

           Plaintiff,

- against -

RAHUL SALES LIMITED a/k/a RAHUL
SALES LTD.,

           Defendant.
------------------------------------------------------------ x

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: June 11, 2008
       New York, NY

                        The Plaintiff,
                        KOLMAR GROUP AG f/k/a KOLMAR
                        PETROCHEMICALS AG,

                By: _____
                        Patrick F. Lennon
                        Anne C. LeVasseur
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Ave., Suite 300
                        New York, NY 10170
                        (212) 490-6050
                        facsimile (212) 490-6070
                        pfl@lenmur.com
                        acl@lenmur.com