CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KOLMAR GROUP AG f/k/a KOLMAR           :
PETROCHEMICALS AG,                     :
                                       :
                  Plaintiff,           :     08-CV-5327
                                       :
         v.                            :     **NOTICE OF**
                                       :     **APPEARANCE**
                                       :
RAHUL SALES LIMITED a/k/a RAHUL SALES  :
LTD.,                                  :
                                       :
                                       :
                  Defendants.          :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 2, 2008

                                      CLARK, ATCHESON & REISERT
                                      Attorneys for Garnishee
                                      Societe Generale New York Branch

                              By:     _____
                                      Richard J. Reisert (RR-7118)
                                      7800 River Road
                                      North Bergen, NJ 07047
                                      Tel: (201) 537-1200
                                      Fax: (201) 537-1201
                                      Email: reisert@navlaw.com